IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br>    Plaintiff <br><br> v. <br><br> IDEAL TECHNOLOGIES, LLC, a Texas limited liability company doing business as PRICE RIGHT COMPUTERS, and KEVIN COOK, as an individual, <br><br>    Defendants | § § § § § § § § § § § § § § §   NO. 3:12-CV-04340-D |

## STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Ideal Technologies, LLC, a Texas limited liability company doing business as Price Right Computers, and Kevin Cook, as an individual (collectively, "Defendants"), hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a)   any unauthorized imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1)   1,200,236 ("MICROSOFT");

(2)   1,256,083 ("MICROSOFT");

(3)   1,872,264 ("WINDOWS");

D/881990.1
41826-5600.0042/LEGAL27088929.3

  (4) 2,744,843 (COLORED FLAG DESIGN);

  (5) 1,475,795 ("POWERPOINT");

  (6) 1,741,086 ("MICROSOFT ACCESS");

  (7) 2,188,125 ("OUTLOOK"); and

  (8) 2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

  (1) TX 5-407-055 ("Windows XP Professional");

  (2) TX 5-837-617 ("Office 2003 Professional");

  (3) TX 5-837-636 ("Office Excel 2003");

  (4) TX 5-900-087 ("Office Outlook 2003");

  (5) TX 5-852-649 ("Office PowerPoint 2003");

  (6) TX 5-837-618 ("Publisher 2003");

  (7) TX 5-900-088 ("Office Word 2003");

  (8) TX 5-877-513 ("Business Contact Manager for Office Outlook 2003"); and

  (9) TX 5-901-713 ("Office Access 2003");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) any unauthorized manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's

registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

D/881990.1
41826-5600.0042/LEGAL27088929.3

IT IS SO STIPULATED.

DATED: 7 23, 2013      IDEAL TECHNOLOGIES, LLC, A TEXAS LIMITED
                       LIABILITY COMPANY DOING BUSINESS AS PRICE
                       RIGHT COMPUTERS

                       By: _____

DATED: 7 23, 2013      KEVIN COOK, AS AN INDIVIDUAL

                       _____

DATED: _____, 2013   MICROSOFT CORPORATION, a Washington corporation

                       By: _____

- 4 -

Approved as to form:

Dated: *July 24*, 2013

Audra M. Mori
(CA Bar No 162850, Admitted in the U.S.D.C
N.D. Tex.)
amori@perkinscoie.com
Perkins Coie LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067
Phone: (310) 788-9900
Fax: (310) 788-3399

ATTORNEYS FOR PLAINTIFF
MICROSOFT CORPORATION

Dated: _____, 2013

Gordon K. Wright
(SBN 22029600)
Gordon.Wright@cooperscully.com
Cooper Scully
Founders Square
900 Jackson Street, Suite 100
Dallas, TX 75202
Phone: (214) 712-9500
Fax: (214) 712-9540

ATTORNEYS FOR DEFENDANTS IDEAL
TECHNOLOGIES, LLC, A TEXAS
LIMITED LIABILITY COMPANY DOING
BUSINESS AS PRICE RIGHT
COMPUTERS, AND KEVIN COOK, AS AN
INDIVIDUAL

D/881990.1
41826-5600.0042/LEGAL27088929.3

Approved as to form:

Dated: _____, 2013

                             Audra M. Mori
                             (CA Bar No 162850, Admitted in the U.S.D.C
                             N.D. Tex.)
                             amori@perkinscoie.com
                             Perkins Coie LLP
                             1888 Century Park East Suite 1700
                             Los Angeles, CA 90067
                             Phone: (310) 788-9900
                             Fax: (310) 788-3399

                             ATTORNEYS FOR PLAINTIFF
                             MICROSOFT CORPORATION

Dated: 7-23, 2013

                             Gordon K. Wright
                             (SBN 22029600)
                             Gordon.Wright@cooperscully.com
                             Cooper Scully
                             Founders Square
                             900 Jackson Street, Suite 100
                             Dallas, TX 75202
                             Phone: (214) 712-9500
                             Fax: (214) 712-9540

                             ATTORNEYS FOR DEFENDANTS IDEAL
                             TECHNOLOGIES, LLC, A TEXAS
                             LIMITED LIABILITY COMPANY DOING
                             BUSINESS AS PRICE RIGHT
                             COMPUTERS, AND KEVIN COOK, AS AN
                             INDIVIDUAL

- 6 -

## CERTIFICATE OF SERVICE

I herby certify that on the 25 of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gordon K. Wright (SBN 22029600)
**Cooper Scully**
Founders Square
900 Jackson Street, Suite 100
Dallas, TX 75202
Tel:  214 712-9500
Direct:  214 712-9534
Fax:  214 712-9540
Email:  Gordon.Wright@cooperscully.com

_____
Audra M. Mori